```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 13615
    MARLENE ECKARDT
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-9789


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/29/2008 and was not confirmed.

    The case was dismissed without confirmation 09/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
DEUTSCHE BANK              CURRENT MORTG        .00           .00            .00
DEUTSCHE BANK              MORTGAGE ARRE        .00           .00            .00
DRIVE FINANCIAL SERVICES   SECURED VEHIC        .00           .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED           .00            .00
AMERICREDIT FINANCIAL SV   UNSECURED       10766.95           .00            .00
CAPITAL ONE                UNSECURED      NOT FILED           .00            .00
GE CONSUMER FINANCE        UNSECURED         804.26           .00            .00
HSBC BANK NEVADA NA        UNSECURED         273.80           .00            .00
LEASE FINANCE GROUP        UNSECURED      NOT FILED           .00            .00
WELLS FARGO                UNSECURED      NOT FILED           .00            .00
DEUTSCHE BANK              MORTGAGE NOTI  NOT FILED           .00            .00
GE MONEY BANK              NOTICE ONLY    NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          100.00           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         300.00           .00            .00
AMERICREDIT FINANCIAL SV   MORTGAGE NOTI  NOT FILED           .00            .00
ASSET ACCEPTANCE           UNSECURED        1519.46           .00            .00
PHILIP A IGOE              DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                         500.00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  500.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                    500.00
                       ---------------      ---------------
TOTALS                   500.00                  500.00

                PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 13615 MARLENE ECKARDT
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE